**John J. Murphy, appellee, v. William E. Dee Company, appellant. Gen. No. 31,109.**

Action for personal injuries from automobile collision. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John A. Swanson, Judge; presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed November 29, 1926.

Kirkland, Patterson & Fleming, for appellant; Weymouth Kirkland, Jay Fred Reeve and William H. Symmes, of counsel. Morse Ives, H. H. Patterson and C. C. Bodenstab, for appellee; H. H. Patterson, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**John L. Hemingway, administrator of the estate of Herbert C. Hemingway, plaintiff in error, v. City of Chicago, defendant in error. Gen. No. 30,410.**

Action for wrongful death. Judgment for defendant. Error to the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed November 29, 1926. Rehearing denied and supplemental opinion filed December 13, 1926.

Charles C. Spencer, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.

---

**Eva Ruby Raulston, defendant in error, v. Pearl T. Mottley, plaintiff in error. Gen. No. 30,854.**

Action on promissory note. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. J. Harry Beck, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Reversed. Opinion filed November 29, 1926.

Benjamin G. Pollard, for plaintiff in error. James I. Morehead, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.